4407-001
DEORCHIS, WIENER AND PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006
(212) 344-4700

**'07 CIV 6313**

Judge Hellerstein

Attorneys for Plaintiff
INDO TRADE CORP. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INDO TRADE CORP. LTD.,

                Plaintiff,

    -against-

HANOVER COMPANY STORE, LCC,
DOMESTICATIONS, LLC,
HANOVER DIRECT, INC.,
WAYNE GARTEN, and
STUART FELDMAN,

                Defendants.
-----------------------------------------------------------x

**RULE 7.1 STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for plaintiff INDO TRADE CORP. LTD. (a private non-governmental entity) certifies that there are no corporate parents and no publicly held corporation which own more than ten percent (10%) of their stock.

Dated: New York, New York
        July 5, 2007

                          DeORCHIS, WIENER & PARTNERS, LLP
                          Attorneys for Plaintiff
                          INDO TRADE CORP. LTD.

                          By: _____
                          RICHARD L. FURMAN (RF-0250)
                          61 Broadway, 26th Floor
                          New York, New York 10006
                          (212) 344-4700
                          File no.:  4407-001