UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK       Attorney: DEORCHIS & PARTNERS, LLP

---

INDO TRADE CORP. LTD.

                                  Plaintiff(s)

           - against -

HANOVER COMPANY STORE, LLC, ETAL

                                Defendant(s)

Index # 07 CIV 6313 (HELLERSTEIN)

Purchased July 10, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 19, 2007 at 04:55 PM at

1500 HARBOR BLVD., 1ST FL.
WEEHAWKEN, NJ 07086

deponent served the within SUMMONS AND COMPLAINT on DOMESTICATIONS, LLC therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to SHERRAN TURNER a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 26 | 5'6 | 165 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

1500 HARBOR BLVD., 1ST FL.
WEEHAWKEN, NJ 07086

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on July 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 20, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAN KNIGHT

Invoice #: 444184

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728