UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INDO TRADE CORP. LTD.,

           Plaintiff,

-against-

HANOVER COMPANY STORE, LLC,
DOMESTICATIONS, LLC, HANOVER DIRECT,
INC., WAYNE GARTEN, and
STUART FELDMAN,

           Defendant.
------------------------------------------------------------x

07-CV-6313 (AKH)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys of record, that defendants' time to answer, move or otherwise respond to the summons and complaint in the above-entitled action is hereby extended through and including September 17, 2007.

Dated: New York, New York
       August 7, 2007

DeORCHIS, WIENER &
PARTNERS, LLP
Attorneys for Plaintiff

By: _____
    Richard L. Furman (RL-0250)

61 Broadway, 26th Floor
New York, New York 10006-2802

WACHTEL & MASYR, LLP
Attorneys for Defendants

By: _____
    William B. Wachtel (WW-4911)

110 E. 59th Street
New York, New York 10022

SO ORDERED: 8/14/07

_____
Hon. Alvin K. Hellerstein, U.S.D.J.