*called*

# EF  LAW OFFICES OF ERIC FRANZ, P.L.L.C.

The Woolworth Building
233 Broadway - Suite 1800
New York, New York 10279

PH:  (212) 406-1700
FAX: (212) 406-2313
www.efranzlaw.com



Time to file answer enlarged to Oct. 1, 2007

*/s/ A.K. Hellerstein*
9-17-07

September 12, 2007

**VIA FACSIMILE - (212) 805-7942**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

    Re: Indo Trade Corp. Ltd. v. Hanover, et al., 07-cv-06313 (AKH)

Dear Judge Hellerstein:

    This office was retained today by Defendants Hanover Company Store, LLC ("Hanover"), et al., in the above-referenced matter. We are writing to request an extension of time to file an answer.

    The current deadline to file Defendants' answer is Monday, September 17, 2007. A previous extension of time to answer was granted by an Order, dated August 14, 2007. Plaintiff's counsel does not consent to a second request for an extension.

    However, we respectfully request that a reasonable extension to Monday, October 1, 2007 be granted, in order to allow time for this firm to receive documents from prior counsel and review such documents prior to filing Defendants' answer. Additionally, this firm will be observing the upcoming Jewish holidays on September 13th and 14th.

    We appreciate the Court's attention to this matter.

                                   Very truly yours,

                                   Eric Franz