Eric Franz (EF 3268)
Law Offices of Eric Franz, P.L.L.C
233 Broadway, Suite 1800
New York, NY 10279
Ph  (212) 384-0260
Fax (212) 406-2313

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
INDO TRADE CORP. LTD.,                    :      Case No. 07 CIV 6313

        Plaintiff,            :      **RULE 7.1 STATEMENT**

        -against-             :

HANOVER COMPANY STORE, LLC,    :
DOMESTICATIONS LLC, HANOVER
DIRECT, INC., WAYNE GARTEN, and :
STUART FELDMAN
                                      :
        Defendants.
                                      :
-------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Defendants Hanover Company Store, LLC, Domestications LLC, Hanover Direct, Inc. (private non-governmental entities) certify the following:

        The sole shareholder of Hanover Direct, Inc., a Delaware corporation is Chelsey Direct, LLC, a Delaware limited liability company. Hanover Company Store, LLC and Domestications, LLC are both Delaware limited liability companies. The sole indirect member of Hanover Company Store, LLC and Domestications, LLC is Hanover Direct, Inc.

1

There are no publicly held corporations which own more than ten percent (10%) of the Defendants' stock.

Dated: New York, New York
October 1, 2007

                                                                                   _/s/ Eric Franz_____
Eric Franz (EF3268)
Law Offices of Eric Franz, PLLC
Attorneys for Defendants