

# LAW OFFICES OF ERIC FRANZ, P.L.L.C.

The Woolworth Building
233 Broadway - Suite 1800
New York, New York 10279

PH: (212) 406-1700
FAX: (212) 406-2313
www.efranzlaw.com



January 24, 2008

**VIA REGULAR MAIL**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

        Re:    *Indo Trade Corp. Ltd. v. Hanover Company Store, LLC, et al.*
                *Case No.: 07-Civ.-6313*

**Dear Judge Hellerstein:**

      The parties in the above referenced action have agreed to participate in mediation, and the case has been assigned to mediation by the Court. The mediation is currently scheduled for February 26, 2008 at 10:00 a.m.

      The parties respectfully request that the current discovery schedule in this matter be stayed during the pendency of the mediation process. Should the mediation prove unsuccessful, the parties respectfully request that they be permitted to submit a modified discovery schedule to the Court for approval.

      I have provided a copy of this letter to Plaintiff's counsel and he consents to this application.

                                                Very truly yours,

                                                Eric Franz

cc:    Richard Furman via facsimile