# DeOrchis & Partners, LLP

**Florida Office:**
2650 Biscayne Blvd.
Miami, FL 33137
(305) 571-9200

**Connecticut Office:**
24 Hoyt Street
Stamford, CT 06905
(203) 348-5846

*Attorneys and Proctors in Admiralty*

**61 Broadway, 26th Floor**
**New York, New York 10006-2802**

Telephone: (212) 344-4700
Telefax:   (212) 422-5299
www.marinelex.com

**New Jersey Office:**
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

**Massachusetts Office:**
Routes 28 & 137, P.O. 186
South Chatham, MA 02659
(508) 432-4715

May 15, 2008

Richard L. Furman, Partner
rfurman@marinelex.com

Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re:   Indo Trade Corp. Ltd. v. Hanover Company Store, et. al.
      Case No.: 07 Civ. 6313 (AKH)
      Our File: 4407-001

Dear Judge Hellerstein:

We are the attorneys for the plaintiff in the above-referenced matter, ITC. On behalf of all parties, we are writing to request the rescheduling of the status conference presently set for July 11, 2008.

As the Court is aware, this case was submitted to mediation at the request of the parties. Following an initial mediation session, it was the determination of the mediator that an additional meeting with the parties' representatives should take place. Counsel for all parties concurred with this determination.

It was the intention of all concerned to reconvene the mediation as soon as practical. However, due to circumstances beyond the control of everyone, that goal was unobtainable.

More specifically, plaintiff resides most of the time in Shanghai, China. Following the end of the first mediation session, plaintiff returned to China and discovered that he was suffering from serious renal problems. Plaintiff underwent medical treatment over the next several months consisting of seven (7) operations which left plaintiff with no prostate gland, a reduced size of bladder and with a slightly dysfunctional right kidney. In the words of our client, he is "glad to be alive".

The operations, together with necessary convalescent time, made it virtually impossible to fix on a date for continuing the mediation until the present.

Honorable Alvin K. Hellerstein
Page 2
May 15, 2008

More recently, we were advised by plaintiff of his availability to return to the U.S. and be available for the mediation any time after June, 2008. Accordingly, we advised the mediator and defendants' counsel of the plaintiff's availability and solicited dates when they could continue the mediation.

It now appears that due to lengthy conflicts in the schedules of the mediator and defendants' attorney, the earliest period during which everyone would be available to continue the mediation would be the latter half of July, contingent upon defendants' representative's schedule, which has yet to be checked.

Given the foregoing circumstances, it does not appear that a conference with the Court on July 11 would serve any practical purpose, as the parties have yet to conclude the mediation and, hopefully, come to an understanding. Consequently, it is respectfully requested that the conference set for July 11, 2008 be adjourned to a date in the latter part of August, 2008 or later.

Thank you for your kind consideration of the foregoing request.

Respectfully Submitted,
DEORCHIS & PARTNERS, LLP

By _____
Richard L. Furman

RLF:npo

cc:  Eric Franz, Esq.
     Law Offices of Eric Franz, P.L.L.C.
     233 Broadway, Suite 1800
     New York, NY 10279

W:\4407-001\Letters\hellerstein, honorable alvin k 051508.rlf.doc