# DeOrchis & Partners, LLP

*Florida Office:*
2650 Biscayne Blvd.
Miami, FL 33137
(305) 571-9200

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 348-5846

*Attorneys and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Telefax:      (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
Routes 28 & 137, P.O. 186
South Chatham, MA 02659
(508) 432-4715

September 3, 2008

Richard L. Furman, Partner
rfurman@marinelex.com

Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

> *[Handwritten note:]* The conf. set for Sp. 19, 2008 is adjourned to Nov. 14, 2008, 9:30 a.m.
> 9-4-08
> *[signed]* AKH

Re:   Indo Trade Corp. Ltd. v. Hanover Company Store, *et. al.*
       Case No.: 07 Civ. 6313 (AKH)
       Our File: 4407-001

Dear Judge Hellerstein:

We are the attorneys for the plaintiff in the above-referenced matter, ITC. On behalf of all parties, we are writing to request the rescheduling of the status conference presently set for September 19, 2008.

As the Court is aware, this case was submitted to mediation at the request of the parties. Following an initial mediation session, it was the determination of the mediator that an additional meeting with the parties' representatives should take place. Counsel for all parties concurred with this determination.

It was the intention of all concerned to reconvene the mediation as soon as practical. However, due to circumstances beyond the control of everyone, that goal was unobtainable.

More specifically, due to numerous scheduling conflicts on the part of the parties' principals, their counsel and the mediator, there was no mutually agreeable date that could be settled upon for continuation of the mediation until October 20, 2008. In addition, the delay in reconvening the mediation was acerbated by a lengthy course of medical treatment in China which plaintiff's principal had to undergo, previously brought to the attention of the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

Honorable Alvin K. Hellerstein
Page 2
September 3, 2008

      Given the foregoing circumstances, it does not appear that a conference with the Court on September 19th would serve any practical purpose, as the parties have yet to conclude the mediation and, hopefully, come to an understanding. Consequently, it is respectfully requested that the conference be adjourned to a date in the latter part of November, 2008 or later.

      Thank you for your kind consideration of the foregoing request.

                                        Respectfully Submitted,
                                        DEORCHIS & PARTNERS, LLP

                                        By   *Richard L. Furman* /npo

                                              Richard L. Furman

RLF:npo

cc:    Eric Franz, Esq.
        Law Offices of Eric Franz, P.L.L.C.
        233 Broadway, Suite 1800
        New York, NY 10279

W:\4407-001\Letters\hellerstein, honorable alvin k 090308.rlf.doc